# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

| | |
|---|---|
| **Michele Nelson** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:26-cv-10345-LJM-CI |
| | ) |
| **LJ Ross Associates Inc.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Osazee Guobadia, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to LJ Ross Associates Inc. in Jackson County, MI on February 2, 2026 at 11:35 am at 4 Universal Way, Jackson, MI 49202-1455 by leaving the following documents with Nichole Clemons who as Compliance and ISMS Manager is authorized by appointment or by law to receive service of process for LJ Ross Associates Inc..

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT
Race: White, Sex: Female, Est. Age: 45-54, Hair: Unknown, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=42.2751572982,-84.431792425
Photograph: See Exhibit 1

Standard Serve 4 Universal Way, Jackson, MI 49202-1455 1@$175.00=$175.00
Total Cost: $175.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Ingham County_____ ,

___MI_____ on ___2/3/2026_____ .

/s/ *Osazee Guobadia*
_____
Signature
Osazee Guobadia
+1 (346) 320-7221





