UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELE NELSON<br>*on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>L J ROSS ASSOCIATES INC.,<br><br>Defendant. | Civil Action No.:<br>2:26-cv-10345-LJM-CI<br><br>**Defendant's First Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint** |

Defendant, L J Ross Associates, Inc. ("LJ Ross"), through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, respectfully requests this Court enter an Order granting Defendant an extension of time through and until March 16, 2026, to respond to the Complaint filed by Plaintiff, Michele Nelson ("Plaintiff"), and states as follows:

1. On January 30, 2026, Plaintiff filed the Complaint. Doc. 1.

2. On February 2, 2026, Plaintiff served the Summons and Complaint upon LJ Ross. *See* Doc. 3. Accordingly, LJ Ross's responsive pleading is currently due on February 23, 2026.

3. Good cause exists for the requested extension. Undersigned counsel is still in the process of reviewing the matter, evaluating it for possible early resolution, and preparing an appropriate response. LJ Ross suggests that the requested 21-day extension, through and including March 16, 2026, will allow sufficient time for LJ

Ross and its counsel to complete an initial investigation, engage in any warranted resolution discussions with Plaintiff's counsel, and properly respond to the Complaint if ultimately necessary.

4. Undersigned counsel for LJ Ross has conferred with counsel for Plaintiff who advised Plaintiff does not oppose the requested relief.

5. LJ Ross has not requested and has not been granted any prior extensions of its responsive pleading deadline in this action.

6. Granting this Motion will not prejudice any party or unduly delay these proceedings as the requested extension will not impact or interfere with any scheduled court appearances or established deadlines in this matter.

7. This extension is requested so that justice can be done and not in any way for the purpose of mere delay. Granting the relief sought herein will not prejudice any party and will save time and costs of the parties and the Court.

WHEREFORE, Defendant, L J Ross Associates, Inc., respectfully requests the Court grant this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and any other further relief that this Court deems just and proper.

Dated: February 20, 2026                    Respectfully submitted,

                                            /s/ Bradley J. St. Angelo
                                            Bradley J. St. Angelo, Esq.
                                            Sessions, Israel & Shartle, LLC
                                            Lakeway Three, Suite 2800

          3838 North Causeway Boulevard
          Metairie, LA 70002-7227
          Telephone: (504) 846-7905
          Facsimile: (504) 828-3737
          Email: bstangelo@sessions.legal

*Counsel for Defendant,*
*L J Ross Associates, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Michigan and served via CM/ECF upon all parties.

          */s/ Bradley St. Angelo*
          Bradley St. Angelo