UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELE NELSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> L J ROSS ASSOCIATES INC., ) <br> ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: <br> 2:26-cv-10345-LJM-CI <br><br> **L J Ross's Rule 7.1 Corporate Disclosure Statement** |

Defendant, L J Ross Associates, Inc. ("LJ Ross"), files this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

1. Fed. R. Civ. P. 7.1(a)(1) provides: "A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (b) states that there is no such corporation."

2. LJ Ross has no parent company, and no publicly-held corporation owns 10% or more of its stock.

Dated:  March 16, 2026               Respectfully submitted,

                                      */s/ Bradley J. St. Angelo*
                                      Bradley J. St. Angelo
                                      SESSIONS, ISRAEL & SHARTLE, LLC
                                      3838 N. Causeway Blvd., Suite 2800
                                      Metairie, Louisiana 70002

1

                                              Telephone: (504) 828-3700
                                              Facsimile: (504) 828-3737
                                              Email: bstangelo@sessions.legal

                                              *Attorney for Defendant,*
                                              *L J Ross Associates Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Michigan and served via CM/ECF upon all parties.

                                              */s/ Bradley J. St. Angelo*
                                              Bradley J. St. Angelo