## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

MICHELE NELSON
*on behalf of herself and others*
*similarly situated,*

       Plaintiff,

v.

L J ROSS ASSOCIATES INC.,

       Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.:
2:26-cv-10345-LJM-CI

**Joint Motion to Continue Case Management and Scheduling Conference**

Plaintiff, Michele Nelson ("Plaintiff"), and Defendant, L J Ross Associates, Inc. ("LJ Ross") (together, the "Parties"), through undersigned counsel, respectfully request this Court enter an Order continuing the Case Management and Scheduling Conference presently scheduled for April 7, 2026, and associated deadlines, and state as follows:

1.      On January 30, 2026, Plaintiff filed the Complaint. Doc. 1.

2.      On February 2, 2026, Plaintiff served the Summons and Complaint upon LJ Ross, making LJ Ross's responsive pleading originally due on February 23, 2026. *See* Doc. 3.

3.      On February 20, 2026, LJ Ross filed a First Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, which was granted on February 24, 2026, extending LJ Ross's responsive pleading deadline to March 16, 2026. *See* Doc. 4 and February 24, 2026 Text-Only Order.

4.      On March 16, 2026, LJ Ross filed its Answer and Affirmative Defenses. Doc. 6.

5.      On March 17, 2026, the Court entered an Order to Attend Scheduling Conference and Notice of Requirements for Submission of Discovery Plan, which set a telephonic Case Management and Scheduling Conference for April 7, 2026 (the "Conference"), and other associated deadlines. Doc. 8.

6.      Also on March 17, 2026, the Court entered an Order Regarding Consent to Magistrate Judge Jurisdiction with a deadline of March 24, 2026 for the Parties to notify the Court of their consent regarding jurisdiction by the federal magistrate judge. Doc. 9.

7.      Counsel for the Parties have conferred regarding Plaintiff's claims and LJ Ross's defenses, including the informal production by LJ Ross of call records associated with Plaintiff's telephone number. Records of the calls at issue may be dispositive of Plaintiff's claims in this action. Accordingly, Plaintiff intends to issue a subpoena to the third-party vendor whose dialer LJ Ross uses for telephone calls solely for records of calls with LJ Ross and Plaintiff's telephone number at issue.

8.      As the anticipated response to the subpoena may be dispositive of this action, the Parties respectfully request the Court to continue the Conference and deadlines associated with the Court's March 17, 2026 Orders (Docs. 8, 9) by thirty (30) days to permit the subpoena to be issued and a response received.

9.     Granting this Motion will not prejudice any party or unduly delay these proceedings. Rather, the requested extension will permit the possible early resolution of the entire action. This extension is requested so that justice can be done and not in any way for the purpose of mere delay. Granting the relief sought herein will not prejudice any party and will save time and costs of the parties and the Court.

WHEREFORE, Plaintiff, Michele Nelson, and Defendant, L J Ross Associates, Inc., respectfully request this Court enter an Order continuing the Case Management and Scheduling Conference presently scheduled for April 7, 2026, and associated deadlines, and any other further relief that this Court deems just and proper.

Dated: March 24, 2026                          Respectfully submitted,

/s/ Anthony I. Paronich                         /s/ Bradley J. St. Angelo
Anthony I. Paronich                              Bradley J. St. Angelo, Esq.
Paronich Law, P.C.                               Sessions, Israel & Shartle, LLC
350 Lincoln Street, Suite 2400                   Lakeway Three, Suite 2800
Hingham, MA 02043                                3838 North Causeway Boulevard
(508) 221-1510                                   Metairie, LA 70002-7227
anthony@paronichlaw.com                          Telephone: (504) 846-7905
                                                 Facsimile: (504) 828-3737
Counsel for Plaintiff                            Email: bstangelo@sessions.legal

                                                 Counsel for Defendant,
                                                 L J Ross Associates, Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Michigan and served via CM/ECF upon all parties.

*/s/ Bradley St. Angelo*
Bradley St. Angelo