# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MICHELE NELSON<br>*on behalf of herself and others*<br>*similarly situated,* | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.:<br>2:26-cv-10345-LJM-CI |
| v. | ) ) | |
| L J ROSS ASSOCIATES INC., | ) ) | **Joint Stipulation of Dismissal** |
| Defendant. | ) ) ) | |

Plaintiff, Michele Nelson, and Defendant, L J Ross Associates, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that this action and all claims asserted therein be dismissed without prejudice, each party to bear its own costs.

Dated: June 27, 2026

Respectfully submitted,

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ Bradley J. St. Angelo
Bradley J. St. Angelo, Esq.
Sessions, Israel & Shartle, LLC
Lakeway Three, Suite 2800
3838 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone: (504) 846-7905
Facsimile: (504) 828-3737
Email: bstangelo@sessions.legal

*Counsel for Defendant,*
*L J Ross Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Michigan and served via CM/ECF upon all parties.

*/s/ Bradley St. Angelo*
Bradley St. Angelo

2